AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☒ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19MJ 303
THE PREMISES LOCATED AT 524 REYNOLDS )
AVENUE, DURHAM, NORTH CAROLINA, 27707 )
)



FILED OCT 07 2019 Clerk U.S. District Court Greensboro, NC BY ___

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES LOCATED AT 524 REYNOLDS AVENUE, DURHAM, NORTH CAROLINA, 27707

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Fruits, evidence, and contraband of violations of 21 USC 841 and 846, as further described in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____September 28, 2019_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____L. Patrick Auld_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 09/14/19; 11:40 PM    _____
*Judge's signature*

City and state: Greensboro, NC    L. Patrick Auld, United States Magistrate Judge
*Printed name and title*

# Return

| Case No.: 19MJ 303 | Date and time warrant executed: 9/15/2019 @ 9:30 p.m. | Copy of warrant and inventory left with: Tiffany Whitted |
|---|---|---|

Inventory made in the presence of: Tiffany Whitted

Inventory of the property taken and name(s) of any person(s) seized:

- see attached -

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2019

_Executing officer's signature_

Eric Nye   Special Agent FBI
_Printed name and title_

## ATTACHMENT A

## PREMISES TO BE SEARCHED:

The subject premises, 524 Reynolds Avenue, Durham, North Carolina, is a single-family home. The residence is a two story building with the first level having a brick facade, and a second level having a yellow siding façade. The numbers "524" are vertically displayed on the support column adjacent to the light blue front door. The building sits on the north side of Reynolds Avenue.



15

## ATTACHMENT B

## ITEMS TO BE SEIZED:

Documents and items which provide evidence of violations of 21 U.S.C. §§ 841 and 846 in the form of the following:

a. Any and all Controlled Dangerous Substances, as defined by 21 U.S.C. § 812, and/or items containing CDS residue;

b. Cutting agents/adulterants commonly utilized in the preparation of narcotics;

c. Digital scales;

d. Baggies and other packaging paraphernalia;

e. Blenders and vacuum sealers/food savers;

f. Ledgers or notes associated with the sale of narcotics and collection of associated proceeds;

g. U.S. currency;

h. Jewelry and other valuable items;

i. Firearms, ammunition, and magazines;

j. Cellular telephones;

k. Documents indicating residency;

l. Safes or secured storage containers;

m. Pictures or other documents showing association with known conspirators; and

n. Laptop computers, smartphones, and digital storage devices.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 245D-CE-2183796-BULL

On (date) 09/15/2019

item(s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) QUENTIN YOUNG

(Street Address) 524 REYNOLDS AVE

(City) DURHAM, NC

Description of Item(s):

1. Blue duffel bag
2. Mail addressed to Quentin Young
3. Walter, Model Creed, 9mm pistol, S/N FCG2161 loaded with (15) rounds
4. One (1) men's XL shirt; (1) XXL men's shorts; (1) black 4XL men's jacket
5. Magazine with (15) 9mm rds that was loaded in item #2 (SA Jocys)
6. American Tactical model 1911 GI .45 cal pistol, S/N GI104447 loaded with an extended magazine that contained (2) rounds
7. Box containing (18) .45 caliber rounds
8. Thirty-nine (39) 7.62x39 rounds
9. Smith & Wesson .38 special revolver, S/N J800769 loaded with (1) round
10. Beretta model PX4 Storm, .40 caliber pistol, S/N PY33834 loaded with (11) rounds
11. Taurus model "The Judge" .45 cal revolver, S/N BW688775 loaded with (4) .45 cal long rounds and (1) 410 gauge round
12. Diamond Arms Co 12 gauge shotgun, no S/N
13. Marlin Model 60 .22 cal rifle, S/N 10297527
14. One (1) 223 round
15. One (1) .45caliber round
16. Miscellaneous gun parts
17. Two (2) revolver speed loaders
18. Miscellaneous packaging materials for firearms related items

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: _____

Printed Name/Title: _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D-CE-2183796-BULL

On (date) 09/15/2019

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) QUENTIN YOUNG

(Street Address) 524 REYNOLDS AVE

(City) DURHAM, NC

Description of Item (s):

19. Norinco SKS rifle 7.62x39mm, S/N 240610, found in the kitchen closet (TFO Winchester)

20. CZ 612 12 gauge shotgun, S/N 5413A13

21. American Airlines baggage tag with the name, Quentin Young

22. Empty Beretta .40 caliber magazine box

23. Pro Mag H&K USP full size magazine that holds twenty .45 caliber rounds

24. Empty .40 caliber magazine

25. .45 caliber magazine loaded with (8) rounds

26. 5.7x28 caliber, fifty round magazine

27. File

28. Brown pistol grip

29. Box of American Eagle ammunition containing (24) 5.7x28mm rounds

Received By: _____ (Signature)
Printed Name/Title: _____

Received From: _____ (Signature)
Printed Name/Title: _____